IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Shanesia Jaudon, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-CV-118 |
| v. | |
| Robert C. Sasser, et al., | |
| Defendants. | |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.   DISCOVERY**

A.  Is all discovery completed in this case?

☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

**By agreement of counsel, three remaining depositions are scheduled for February 26, 2019.**

B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

☐ Yes        ☒ No

- If "Yes", please briefly explain:

Click here to enter text.

II. **SETTLEMENT**

    A. Have the parties made efforts to resolve this case?

        ☐ Yes        ☒ No

- If "Yes", please explain those efforts:

Click here to enter text.

    B. Are the parties prepared to discuss settlement of this case with the Court at this time?

        ☐ Yes        ☒ No

- If "No", please explain:

**Defendants intend to move for summary judgment on some or all claims, and Defendants would like to obtain a ruling on that anticipated motion before engaging in settlement discussions.**

    C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

        ☐ Yes        ☒ No

- If "Yes", please list those parties:

Click here to enter text.

    D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

        **If the Court wishes to conduct a status conference, the undersigned can be available on March 11, 14, and 15.**

        **As an additional note, if the Court wishes to have a status conference and requires that someone with settlement authority be present, Defendants respectfully request that they be allowed to have someone with settlement authority participate by telephone. Alternatively, Defendants request that the conference be scheduled for a later date in order to allow Defendants'**

**representatives ample time to make travel arrangements. In this regard, Defendants would need to have present a representative from both the Georgia Interlocal Risk Management Agency and the Association of County Commissioners of Georgia-Interlocal Risk Management Agency. Those representatives are located in Atlanta.**

**III.   MOTIONS**

    A.   The Plaintiff(s) anticipate filing the following Motions:

- ☒ None
- ☐ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

    B.   The Defendant(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

**IV.   ADDITIONAL MATTERS**

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

**The undersigned are not aware of any other matters at this time.**

Dated:  February 22, 2019

4

/s/ James A. Yancey, Jr.
Counsel for Plaintiff(s)

/s/ Steven G. Blackerby
Counsel for Defendant(s)