AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHANESIA S. JAUDON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:17-cv-118

ROBERT B. SASSER, for the Estate of Robert C. Sasser, MIKE THOMAS, TIMOTHY HOLLINGSWORTH, and MATTHEW J. DOERING, in their individual and official capacities; and GLYNN COUNTY, GEORGIA,
Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated January 16, 2020, granting Defendants' Motion for Summary Judgment, judgment is hereby entered in favor of the Defendants and against the Plaintiff, Shanesia S. Jaudon. This case stands closed.

Approved by: _____

| February 21, 2020 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03