# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| SHANESIA JAUDON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-118 |
| v. | |
| ROBERT C. SASSER, in their individual and official capacities as Officers of the Glynn County Police Department; MIKE THOMAS, in their individual and official capacities as Officers of the Glynn County Police Department; TIMOTHY HOLLINGSWORTH, in their individual and official capacities as Officers of the Glynn County Police Department; DETECTIVE MATTHEW J. DOERING, in his individual and official capacity as Chief of the Glynn County Police Department; and GLYNN COUNTY, GEORGIA, | |
| Defendants. | |

## **O R D E R**

The Judgment of this Court in the above entitled action having been affirmed by the United States Court of Appeals;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 17th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA